# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTHONY MICHAEL MARCELLI,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 70839

**FILED**

OCT 06 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY ___S. Young___
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a "motion for court order of removing waived restitution from defendant's N.D.O.C. statement account." Tenth Judicial District Court, Churchill County; Robert E. Estes, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

cc:   Chief Judge, The Tenth Judicial District
      Hon. Robert E. Estes, Senior Judge
      Anthony Michael Marcelli
      Attorney General/Carson City
      Churchill County District Attorney/Fallon
      Churchill County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

16-31149